Robert R. Warns III, Esq.
Nevada Bar No. 12123
WARNS LAW
1480 Center Crossing Rd., Suite 280
Las Vegas, Nevada 89144
Telephone: (702) 350-1993
Email: robert@warnslawfirm.com
Attorney for *Defendant Themis Glatman*

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY COULSON,<br><br>              Plaintiff,<br><br>vs.<br><br>STAR ALLIANCE INTERNATIONAL CORP.; RICHARD CAREY; ANTHONY ANISH; THEMIS GLATMAN; FERNANDO GODINA<br><br>              Defendants. | Case No.: 2:25-cv-01864-RFB-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR REPLY TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>**[First Request]** |

The parties, hereby stipulate as follows:

1. On November 20, 2025, Defendant Themis Glatman ("Ms. Glatman") filed a Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion"), *see* ECF No. 13;

2. On November 24, 2025, Plaintiff served Ms. Glatman with his Opposition to the Motion and submitted the same to the Court for filing. (*See* ECF No. 16). Although the Court filed the Opposition on November 24, 2025, the Court did not provide Ms. Glatman with notice of the filing of the Opposition until December 1, 2025;

3. Under this Court's November 21, 2025, Minute Order (ECF No. 14), the deadline for Ms. Glatman's reply in support of her Motion is December 1, 2025;

4. Plaintiff has graciously granted Ms. Glatman an extension of time, to December 5, 2025, to file her reply brief; and

/ / /

1

///

///

5. The reason for the extension is that Ms. Glatman's counsel was traveling and out of town all of last week to visit family for Thanksgiving, and does not return until December 2, 2025. This is the first request for an extension of this deadline.

Dated this 1st day of December, 2025.

**WARNS LAW**

*/s/ Robert R. Warns III, Esq.*
Robert R. Warns III, Esq.
Nevada Bar No. 12123
1480 Center Crossing Rd., Suite 280
Las Vegas, Nevada 89144
Telephone: (702) 350-1993
Email: robert@warnslawfirm.com
Attorney for *Defendant Themis Glatman*

PLAINTIFF JEFFREY COULSON

Jeffrey Coulson
wichitalaw316@gmail.com

**IT IS SO ORDERED.**

**DATED** this 2nd day of December, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2