UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

| | |
|---|---|
| JEFFERY COULSON,<br><br>                    Plaintiff,<br>vs.<br><br>STAR ALLIANCE INTERNATIONAL CORP.; RICHARD CAREY; ANTHONY ANISH; THEMIS GLATMAN; FERNANDO GODINA<br><br>                    Defendants. | Case No.: 2:25-cv-01864-RFB-DJA<br><br>ORDER RE:<br><br>Plaintiff's Motion for Extension of Time to Effect Service on Remaining Defendants (FRCP 4(m))<br><br>Order |

Plaintiff Jeffery Coulson, pro se, moves for an extension of time to serve Defendants Richard Carey, Anthony Anish, and Fernando Godina.

1. The Complaint was filed October 20, 2025; the current service deadline is January 18, 2026.

2. Plaintiff has diligently attempted service but addresses from public records are invalid.

3. Plaintiff filed a Motion for Alternative Service (ECF No. 20) on December 1, 2025, which is pending.

4. Good cause exists for a 60–90 day extension until the alternative service motion is resolved.

5. No prejudice to Defendants, who have actual notice through counsel.

Plaintiff requests an extension to April 18, 2026 (or 90 days from ruling on alternative service).

1

Respectfully submitted January 2, 2026

_____
JEFFERY COULSON
Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2026 a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system and by email to Robert R. Warns III, Esq. at robert@warnslawfirm.com.

_____
JEFFERY COULSON
Plaintiff, Pro Se

2

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE ON REMAINING DEFENDANTS (Fed. R. Civ. P. 4(m))**

Having reviewed Plaintiff's Motion for Extension of Time to Effect Service on Remaining Defendants and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED

IT IS FURTHER ORDERED that the deadline for Plaintiff to effect service on Defendants Richard Carey, Anthony Anish, and Fernando Godina is extended to April 18, 2026, or 30 days after resolution of Plaintiff's pending Motion for Leave to Effect Alternative Service (ECF No. 20), whichever is later.

IT IS SO ORDERED.

DATED this __9th__ day of January, 2026.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3