Robert R. Warns III, Esq.
Nevada Bar No. 12123
WARNS LAW
1480 Center Crossing Rd., Suite 280
Las Vegas, Nevada 89144
Telephone: (702) 350-1993
Email:  robert@warnslawfirm.com
Attorney for *Defendant Themis Glatman
and Star Alliance International Corp.*

### UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY COULSON,<br><br>               Plaintiff,<br>vs.<br><br>STAR ALLIANCE INTERNATIONAL CORP.; RICHARD CAREY; ANTHONY ANISH; THEMIS GLATMAN; FERNANDO GODINA<br><br>               Defendants. | Case No.: 2:25-cv-01864-RFB-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR REPLY TO MOTION TO STAY DISCOVERY**<br><br>**[First Request]** |

The parties, hereby stipulate as follows:

1.     On January 2, 2026, Defendant Themis Glatman ("Ms. Glatman") filed a Motion to Stay Discovery (the "Motion"), *see* ECF # 28;

2.     On January 5, 2026, Plaintiff filed an Opposition to the Motion, *see* ECF # 32;

3.     Under the Local Rules, the deadline for Ms. Glatman's reply in support of her Motion is January 12, 2026;

4.     Plaintiff has graciously granted Ms. Glatman an extension of time, to January 15, 2026, to file her reply brief in support of her Motion; and

5.     The reason for the extension is that Ms. Glatman's counsel is dealing with several emergent matters in other cases.

6.     The parties therefore stipulate and agree that Ms. Glatman's deadline for her reply brief shall be extended to January 15, 2026, and request this Court's order granting the same.

1

/ / /

7.      This is the first request for an extension of this deadline.

Dated this 12th day of January, 2026.

**WARNS LAW**

*/s/ Robert R. Warns III, Esq.*
Robert R. Warns III, Esq.
Nevada Bar No. 12123
1480 Center Crossing Rd., Suite 280
Las Vegas, Nevada 89144
Telephone: (702) 350-1993
Email: robert@warnslawfirm.com
Attorney for *Defendant Themis Glatman and Star Alliance International Corp.*

PLAINTIFF JEFFREY COULSON

Jeffrey Coulson
wichitalaw316@gmail.com

**ORDER**

**IT IS SO ORDERED**.

Dated this 14th day of January, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2