# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEFFERY COULSON, | Case No. 2:25-cv-01864-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| STAR ALLIANCE INTERNATIONAL CORP., *et al.*, | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation ("R&R") of the Honorable Daniel J. Albregts, United States Magistrate Judge, dated March 11, 2026 (ECF No. 63). For the reasons explained below, the Court adopts the R&R in full

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985).

Pursuant to Local Rule IB 3-2, objections to the R&R were due by March 25, 2026. The Court finds from the record that no objection or other submission were filed by Plaintiff. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

///

Therefore, **IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 63) is **ADOPTED** in full.

**IT IS FURTHER ORDERED** that Defendant Themis Glatman's (ECF No. 13) Motion to Dismiss and Plaintiff's (ECF No. 22) Motion to File a Surreply to that Motion are **DENIED** as moot.

**DATED:** March 29, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**