Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

*Attorneys for Defendant Keystone Capital Partners, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFERY COULSON,<br><br>               Plaintiff,<br><br>v.<br><br>STAR ALLIANCE INTERNATIONAL CORP.; RICHARD CAREY; ANTHONY ANISH; THEMIS GLATMAN; FERNANDO GODINA; WEVERSON CORREIA; FRANZ ALLMAYER; BRYAN CAPPELLI; KEYSTONE CAPITAL PARTNERS, LLC; NOHO, INC; AES CAPITAL MANAGEMENT, LLC,<br><br>               Defendants. | Case No. 2:25-cv-01864-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE AS TO DEFENDANT KEYSTONE CAPITAL PARTNERS, LLC ONLY** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Jeffery Coulson ("Plaintiff"), appearing in proper person, and Defendant Keystone Capital Partners, LLC ("Keystone"), appearing by and through its undersigned counsel of record, (together, the "Parties"), hereby stipulate and agree to the dismissal of all claims, with prejudice, as to Keystone in this action.

///

///

///

1

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

Plaintiff and Keystone will bear their own respective attorneys' fees, costs and expenses incurred in the litigation of this action.

DATED this 30th day of June, 2026.

SEMENZA RICKARD LAW

/s/ Jarrod L. Rickard
Jarrod L. Rickard, Esq, Bar No. 10203
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Defendant Keystone Capital Partners, LLC*

DATED this 30th day of June, 2026.

Jeffery Coulson
*Plaintiff, Pro Se*
11436 E Killarney St
Wichita, KS 67206

Based upon the foregoing stipulation of Plaintiff and Keystone,

IT IS HEREBY ORDERED that all claims in this action are dismissed, with prejudice, as to Keystone only.

IT IS HEREBY FURTHER ORDERED that Keystone and Plaintiff shall bear their own attorney's fees, costs, and expenses.

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**DATED:** July 2, 2026.