Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Defendant Keystone Capital Partners, LLC*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFERY COULSON,<br><br>Plaintiff,<br><br>v.<br><br>STAR ALLIANCE INTERNATIONAL CORP.; RICHARD CAREY; ANTHONY ANISH; THEMIS GLATMAN; FERNANDO GODINA; WEVERSON CORREIA; FRANZ ALLMAYER; BRYAN CAPPELLI; KEYSTONE CAPITAL PARTNERS, LLC; NOHO, INC; AES CAPITAL MANAGEMENT, LLC,<br><br>Defendants. | Case No. 2:25-cv-01864-RFB-DJA<br><br>**DEFENDANT KEYSTONE CAPITAL PARTNERS, LLC'S MOTION TO REMOVE FROM ELECTRONIC SERVICE LIST** |

Jarrod L. Rickard, Esq. of the law firm of SEMENZA RICKARD LAW respectfully request that they be removed from the CM/ECF service list as counsel for Defendant Keystone

///

///

///

///

///

Capital Partners, LLC ("Keystone") as a Stipulation and Order to Dismiss with Prejudice as to Defendant Keystone only has been filed on July 2, 2026 [ECF 142].

DATED this 17th day of July, 2026.

SEMENZA RICKARD LAW

*/s/ Jarrod L. Rickard*
Jarrod L. Rickard, Esq., Bar No. 10203
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Defendant Keystone Capital Partners, LLC*

**IT IS SO ORDERED**.

DATED: 7/20/2026

______________________________
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

## CERTIFICATE OF SERVICE

I am employed by the law firm of Semenza Rickard Law in Clark County. I am over the age of 18 and not a party to this action. The business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

On the 17th day of July 2026, I served the document(s), described as:

**DEFENDANT KEYSTONE CAPITAL PARTNERS, LLC'S MOTION TO REMOVE FROM ELECTRONIC SERVICE LIST**

☒ by serving the ☐ original ☒ a true copy of the above and foregoing via:

☒ a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

Star Alliance International Corp, tony@staralliancemines.com
*Defendant*

Jeffrey Coulson, wichitalaw316@gmail.com
*Plaintiff, Pro Se*

Timothy Elson, timothy.elson@gmail.com
*Attorney for Defendant Themis Glatman*

☒ b. **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid. I am readily familiar with Semenza Rickard Law's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

Weverson Correia
1870 Oak Tree Hollow
Alpharetta, GA 30005
*Defendant, Pro Se*

☐ c. **BY PERSONAL SERVICE.**

☐ d. **BY DIRECT EMAIL.**

☐ e. **BY FACSIMILE TRANSMISSION.**

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Angie Barreras*
An Employee of Semenza Rickard Law